No. 14-20128

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Juan Ramon Torres; Eugene Robison,

Plaintiffs-Appellees,

v.

SGE Management, LLC., et al.,

Defendants-Appellants.

On Interlocutory Appeal from the United States District Court for the
Southern District of Texas, Houston Division, No. 4:09-CV-02056

MOTION FOR RECONSIDERATION BY THE FULL PANEL
OF THE MOTION OF AARP FOR LEAVE TO FILE A BRIEF
AMICUS CURIAE IN SUPPORT OF PLAINTIFFS-APPELLEES'
PETITION FOR REHEARING EN BANC

Pursuant to Fed. R. of App. P. 27, AARP, through its undersigned counsel,

respectfully moves for Reconsideration By The Full Panel of the Motion of AARP

For Leave To File A Brief Amicus Curiae In Support Of Plaintiffs-Appellees' Petition

for Rehearing En Banc.  In support thereof, AARP states as follows:

    1.    All parties consented to AARP filing a Brief Amicus Curiae in Support

of Plaintiffs-Appellees' Petition for Rehearing En Banc. Older people are particularly

vulnerable to being harmed by inherently deceptive illegal pyramid schemes marketed

as business opportunities. As the leading organization representing the interests of people aged 50+, AARP has particular expertise regarding the vulnerability to, and harm caused by illegal pyramid schemes to millions of older people.

2.      AARP's Brief Amicus Curiae in Support of Plaintiffs-Appellees' Petition for Rehearing En Banc discusses issues that are not addressed by the Plaintiffs-Appellees.  In particular, the amicus brief argues that it is irrational for anyone to participate in a scam that causes most people to lose money because no investment that is self-defeating can be considered rational. The deception that makes an otherwise legitimate business opportunity into an illegal pyramid scheme makes it impossible—on a class-wide basis—for investors to understand that it is a scam, not merely a risky gamble that can be mitigated by good timing or judgment.

3.      Also with the consent of the parties, AARP filed a Brief Amicus Curiae in Support of Plaintiffs-Appellants' Urging Affirmance of the district court order certifying the class at the merits stage of the appeal.  This brief discusses in greater detail the disproportionate vulnerability of older people to illegal pyramid schemes disguised as legitimate business opportunities.

4.      By order dated November 30, 2015, the Court denied the Motion of AARP For Leave To File A Brief Amicus Curiae (Exhibit 1).  The Court did not provide, and AARP is not aware of the reason that AARP's motion was denied.

5.      To ensure that the full court is aware of AARP's views in considering Plaintiff-Appellees' Petition for Rehearing En Banc, AARP requests that the Court

distribute to the entire court AARP's brief Amicus Curiae in support of the Petition for Rehearing En Banc.  In the alternative, AARP's requests that its previously filed merits brief amicus curiae be circulated.  AARP is not seeking to have both briefs considered in the Court's consideration for rehearing en banc.

For the foregoing reasons, AARP hereby moves for Reconsideration By the Full Panel of Its Motion for Leave to File a Brief Amicus Curiae in Support of Plaintiffs-Appellees' Petition For Rehearing En Banc, or in the alternative, that the Court distribute AARP's merits brief amicus curiae along with the Petition for Rehearing En Banc to ensure that the entire Court is aware of AARP's views upon deciding whether to rehear the issues presented en banc.

Respectfully submitted,

/s/Mary Ellen Signorille
MARY ELLEN SIGNORILLE
AARP FOUNDATION LITIGATION
601 E Street, NW
Washington, DC 20049
202-434-2064 (p)
202-434-6424 (f)
msignorille@aarp.org

Counsel for Amicus Curiae AARP

December 4, 2015

## CERTIFICATE OF SERVICE

I certify that, on December 4, 2015, I filed a true and correct copy of the foregoing Motion For Reconsideration of the Motion of AARP for Leave to File a Brief of Amicus Curiae AARP in Support of Plaintiffs-Appellees Petition for Rehearing En Banc with the Clerk of the United States Court of Appeals for the Fifth Circuit via the CM/ECF system. Pursuant to Fifth Circuit Rule 25.2.5, the Court's Notice of Docket Activity constitutes service on all Filing Users.

Dated: December 4, 2015                          /s/ Mary Ellen Signorille
                                                 Mary Ellen Signorille

Exhibit 1

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 14-20128

_____

JUAN RAMON TORRES; EUGENE ROBISON,

      Plaintiffs - Appellees

v.

S.G.E. MANAGEMENT, L.L.C.; STREAM GAS & ELECTRIC, L.T.D.;
STREAM S.P.E. G.P., L.L.C; STREAM S.P.E., L.T.D.; IGNITE HOLDINGS,
L.T.D; ET AL,

      Defendants - Appellants

_____

Appeal from the United States District Court for the
Southern District of Texas, Houston

_____

O R D E R :

      IT IS ORDERED that the unopposed motion of Truth in Advertising to

file an amicus curiae brief in support of appellees' petition for rehearing en

banc is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of AARP to file

an amicus curiae brief in support of appellees' petition for rehearing en banc is

DENIED.


/s/ E. Grady Jolly

_____

E. GRADY JOLLY
UNITED STATES CIRCUIT JUDGE